```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                      :
IN RE DECEMBER 1, 2022 AMENDMENTS TO FEDERAL          :        ORDER
RULE OF CRIMINAL PROCEDURE 16                         :
                                                      :
-------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 1, 2022, Rule 16 of the Federal Rules of Criminal Procedure was amended to require that the Court "set a time" for each side's expert disclosures that is "sufficiently before trial to provide a fair opportunity for" the opposing party "to meet" the evidence. *See* Fed. R. Crim. P. 16(a)(1)(G)(ii), (b)(1)(C)(ii).  Unless and until the Court orders otherwise, the Government shall make any expert disclosures no later than **sixty days before trial**, and the defense shall make any expert disclosures no later than **thirty days before trial**.  If any party believes that the foregoing deadlines should be modified, the parties should promptly confer and then raise the issue with the Court by letter-motion.

SO ORDERED.

Dated: December 21, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge