UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
           :
UNITED STATES OF AMERICA     :
           :
     -v-       :     19-CR-17 (JMF)
           :
KHALID ALBOUSHARI,       :     ORDER
           :
        Defendant.     :
           :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The Court has received a letter, dated **December 19, 2022**, from the Defendant, a copy of which is attached.  The parties are hereby ORDERED to appear for a conference to discuss the letter on **January 3, 2023,** at **3 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

    SO ORDERED.

Dated: December 27, 2022
        New York, New York                       _____
                                                                  JESSE M. FURMAN
                                                               United States District Judge

12-19-22

To whom it may concern,

    I am writing to request a new attorney. My current attorney: Amy Gallicchio, is not working for me. I no longer want her as my attorney. I need a speedy replacement of counsel. Thank you.

Khalid Alboushari
#91490-054

x [signature]

