UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v- : 19-CR-17 (JMF)
:
KHALID ALBOUSHARI, : ORDER
:
                 Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 6, 2023, the Court received the attached letter, dated February 24, 2023, from the Defendant. The parties should be prepared to address the letter at the conference on March 23, 2023.

       SO ORDERED.

Dated: March 7, 2023
       New York, New York
                                                      JESSE M. FURMAN
                                                     United States District Judge

TRULINCS 91490054 - ALBOUSHARI, KHALID A - Unit: BRO-H-B

---

FROM: 91490054
TO:
SUBJECT:
DATE: 02/24/2023 02:30:36 PM

Your Honor, the Hon. Jesse Furman:

My name is Khalid Al-Boushari.

I am writing to you because I've been unable to utilize any of the Normal Channels for seeking redress.

I do have a case in the Southern District of NY, that happens to be completely spurious, But I Understand that this is NOT the Venue to discuss things as quotidien as the state's awareness of my innocence, their possession of evidence thereof, or their exercize of the state's traditional prerogative to trample on my rights.
Those are all problems shared by countless defendants, even if this is a particularly egregious case.

What Compels me to Circumvent Protocol and reach out to you directly is:
--The DOJ's "counsel capture" in this case
--That I am being held effectively 'incommunicado', over this and related issues.

I have demonstrable proof of DOJ's efforts to blackmail and pressure not only my lawyer, but several other lawyers as well, over a related matter. If their actions and our communications are any measure, they are all either under extreme pressure or have adopted a particularly unethical and apparently uncharacteristic approach to their jobs, right at the time they would have been obliged to reach out to the DOJ, if they were not preemptively contacted.

The reason for all of this is that I have something that they want. They wish to not just extract my testimony, but control and 'Steer' it, away from anything that might potentially implicate them in 'activities not in keeping with their image of rectitude'. That is the explanation for my spurious case, concocted entirely out of thin air, and the even more absurd charges they threatened me with immediately after I first spoke about this to my lawyer, who since then has refused to communicate with me anymore. She had already made a rapid transition from helpful to... indistinguishable from the state. She blocked my calls, and flat-out told me that she will not be answering emails anymore (by email), because I tried (very politely, of course, and all thoroughly documented) to put her on the spot about who reached out to her. My calls and letters to any other authority have all failed, been blocked, or elicited no response. The US Attorney has also blocked my calls, and Absolutely Refuses to meet with me, according to my lawyer. Between the two of them, they have informally, and against my express wishes, postponed my court dates, now indefinitely, as they are afraid I will do exactly this, and appeal directly to the Judge. This Despite my EXPLICIT and Documented instructions to NOT DO SO.

In the meantime, I sought bail, so I could go home, rather than let DOJ 'negotiate' by holding me, despite not ever being convicted of any crime, until I have de facto served the time that they know that they can't possibly sentence me to in court. I have sought a speedy trial, but been denied even a court appearance. I filed a motion pro se- no response as of yet, like all other mail I've sent. I know this is standard practice in some respects, but I am 60 years old, I've never been charged with any crime, and the case is prima facie without merit: I am charged with kidnapping my own children, whom I have full custody of (I am still married to their mother, and there is no complainant in the case- not the children or their mother). It would seem to me that there is no crime here, by any standards. But to add to that, the State has exculpatory evidence in its possession (I've been repeatedly denied access to my discovery materials, but even my communications with my lawyer refer to this material), is aware that the case is a fabrication for them to use as a tool to bring me back to this country, because I have both information they want (and intel they don't want to get out), and because they assume that by putting me in a vulnerable position, they can 'guide' me into saying what they want me to say, about a very sensitive topic.

I understand that you Cannot Judge the Merits of this case based on a hand-written note, and that you may not be in a position to rule on my accusations of, say, witness-tampering, or even of the denial of my rights. I do understand that these are all topics that are meant to be discussed in the courtroom, or with the Bar Association, or the US Attorney. However, I have no definite court date, and will continue not to, if nothing is done; I cannot call the Bar or SDNY; and the state refuses to meet with me.

The point of this letter is not to trigger any action or inquest on your part (although anything, even an "Informal" approach to the state or to 'my' lawyer, would be welcomed) but just to get this on the record, somewhere, to perhaps deter any further "Negotiating Tactics" like these on the part of the state.

TRULINCS 91490054 - ALBOUSHARI, KHALID A - Unit: BRO-H-B

----------------------------------------------------------------------------------------

All I want to do is to get a bail hearing, as was supposedly promised by the state, so I can get home to my kids. My daughter has had to leave college to travel to tell my lawyer something they already have proof of. My 85-year-old mother is in poor health- her life literally depends on me being there to provide care. If anything should happen to her, because I was held here illegally while DOJ tries to 'soften me up' to elicit the testimony they want and avoid that which they absolutely DO NOT want to get out, then I would NOT be able to forgive them, and I would hold them directly responsible.

Thank you for taking the time to read this.

I know it is Unorthodox and against etiquette to write to you directly, but I have few other options.

Sincerely,

Khalid Al-Boushari

KHALID ALBOUSHARI
#91490054
Metropolitan Detention Center
P.O. Box 329002.
Brooklyn, NY 11232

Honorable Judge Jesse Furman
500 Pearl St.
New York, NY.
10009.