```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
                -v-                                                    :    19-CR-017 (JMF)
                                                                       :
KHALID ALBOUSHARI,                                                     :         ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

       On April 3, 2023, the Court received the attached letter, dated March 20, 2023 — that is, *before* the recent pretrial conference in this case — from Defendant. Because Defendant is represented by counsel, this Court will not consider the letter. *See, e.g.*, *United States v. DiPietro*, No. 02 Cr. 1237 (SWK), 2007 WL 3130553, at * 1 (S.D.N.Y. Oct. 17, 2007) ("Pursuant to its docket-managing authority, a district court may reject purported *pro se* motions filed by a represented defendant."); *United States v. de la Cruz*, No. 06 CR 1091 (SAS), 2007 WL 2325860, at *3 n.46 (S.D.N.Y. Aug. 13, 2007) (noting that a court has discretion to accept — and, by implication, reject — *pro se* submissions from a represented criminal defendant). Instead, all communications with the Court must be made through defense counsel.

       SO ORDERED.

Dated: April 3, 2023
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge

TRULINCS 91490054 - ALBOUSHARI, KHALID A - Unit: BRO-H-B

---

FROM: 91490054
TO:
SUBJECT:
DATE: 03/20/2023 08:43:54 PM

Your Honor, the Hon. Judge Jesse Furman;

I would like to address a matter that SHOULD be of Great Concern to this court, and which I have NO OTHER AVENUE to pursue.

I have information regarding the Surveillance of 'Members of the Legal Community,' including DoJ personnel, and the 'rigging' of 'Judge rotation' and dockets, etc.

-The Offices of the US Attorneys at BOTH SDNY and EDNY are aware of Aspects of this, SDNY in particular.
-WITHIN DAYS of when I began to speak on this subject, the US Attorney Filed another, Spurious, charge [Passport Fraud], which both my investigator and theirs have already instantly disproven. If they had any evidence of this, they would have charged me on my arrest, and not within days of speaking to my lawyer about this.
-My lawyer, Ms. Fast, Abruptly turned on me after this: I have every conversation with her documented, the record is VERY CLEAR. There is NO QUESTION, and to some degree she has sort of admitted it, that she has been co-opted by the government. SHE is NOT to blame here- I sympathize with the pressure she must be under from the DoJ and SDNY, with whom she must do business every day; she has MANY other clients to think about, and clearly SDNY is not above THREATENING INNOCENT VICTIMS- 'holding hostages', is the nickname we use for a 'Collateral threat to do harm or charge others' in order to maintain silence.
-This is part of a Cover-up by SDNY of a larger series of misdeeds, including pressure upon OTHER Justice Department Components.
-I can only term this threat 'Malicious Prosecution'.
-I filed a motion, including all this information, and more, and references and sources (to a limited and discreet degree), but in order to Keep it from your eyes, the Prosecutors' Office Made a Series of Empty and Misleading Promises, of what in effect sounded like "We can't say 'Here is a deal in exchange for your silence", so how about an open-ended deal where the Quid Pro Quo is only implied'- Reasonable Bail and or a Misdemeanor charge, on a count that seems to be transparently bogus anyway. I made the mistake of signing this document, to SUPPRESS my statement, with only an implied agreement by the Prosecutor's office, after which they immediately backtracked, and are now threatening me with larger than ever charges.
-After I am able to BAIL out or get a REASONABLE DEAL, one that I should be getting anyway, I will NO LONGER BE A THREAT to the US Attorney's Office, as without sufficient assistance from the Inmate Activism Community, I will not be able to threaten them the way they threaten everyone on a daily basis.

IF you are Reading this, Your Honor, than it may be TOO LATE to fully Bury this whole episode. But it is STILL very possible to do some damage control. While a large and PUBLIC inquiry would cause a tremendous amount of Problems for alot of people in this community, and threaten both upcoming promotions and long-term career prospects (among other things), for both the guilty and the Innocent in the Southern District (its a matter of appearances, since many allegations may never be Fully Proven, depending on how such an inquiry goes), there is REASON to BELIEVE that a FAIR, Prudent, Discrete inquiry, Taking into Account a 'Holistic' view of the subject for the Entire DoJ, is the best way to Proceed.
TO BE VERY CLEAR, I am not suggesting ANYTHING about the OUTCOME of this potential probe, ONLY that whatever is done, is done discreetly. These allegations may prove to be well-founded, Credible, and Verifiable; they may turn out to be Horseshit. But the only way that ANYTHING can be discovered at all, is if you Proceed with the utmost discretion, and whatever you may find, for better or worse, you take steps to CONTAIN any public or media aspects of this for the present time.

Please help me address this issue WITHOUT suffering 'Whistleblower Retaliation' from SDNY. Thank you very much.

*[signature]*

Khalid Al-Bushari
ID# 91490054
MDC-Brooklyn
P.O.Box 329002, Brooklyn
NY 11232.

Attn: Hon Judge Jesse Furman
500 Pearl St
NY, NY 10009.

NEW YORK NY 100
24 MAR 2023 PM 5 L

10007-131699

USMp3
SDNY