UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
   -v-    :    19-CR-017 (JMF)
:
KHALID ALBOUSHARI, :    <u>ORDER</u>
:
   Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **August 1, 2025**, Defendant filed a Motion for Compassionate Release pursuant to 18 U.S.C. §3582(c)(l)(A). *See* ECF No. 55.  The Government shall file any opposition to the motion by **August 22, 2025**, and Defendant shall file any reply by **September 5, 2025**.

      The Clerk of Court is directed to mail this Order to:

> Khalid Alboushari
> Register No. 91490-054
> FCI Fort Dix
> Federal Correctional Institution
> P.O. BOX 2000
> Joint Base MDL, NJ 08640

      SO ORDERED.

Dated: August 4, 2025
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge